ATTY I.D. #6194059

IN THE CIRCUIT COURT OF THE 12TH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

ROBERTO RIVERA, )
)
        Plaintiff, )
)
vs. ) NO.
)
ROBERT CASTLE and ) 16L000061
MARTEN TRANSPORT SERVICES, LTD., )
)
        Defendants. )

## COMPLAINT AT LAW

NOW COMES the plaintiff, ROBERTO RIVERA, by and through his attorneys, SANDMAN, LEVY AND PETRICH, LLC, and complaining of the defendants, ROBERT CASTLE and MARTEN TRANSPORT SERVICES, LTD., and each of them, alleges and states as follows:

1. That on February 24, 2014, the plaintiff, ROBERTO RIVERA, was in possession and control of a certain semi-tractor trailer which he was then and there operating and was in a parked position facing north within the parking lot of the Turano Bakery, located at 556 St. James Gate, just south of the docks, with his engine off, in the City of Bolingbrook, County of Will and State of Illinois.

2. That on February 24, 2014, the defendant, MARTEN TRANSPORT SERVICES, LTD., was the owner of a certain semi-tractor trailer which was then and there in the possession and control of the defendant, ROBERT CASTLE, who was operating said motor vehicle and at said time was exiting the docks of the Turano Bakery located at 556 St. James Gate, in a general southerly direction, in the City of Bolingbrook, County of Will and State of Illinois.

SANDMAN, LEVY
AND PETRICH, LLC
ATTORNEYS AT LAW
134 N. LA SALLE STREET
8TH FLOOR
CHICAGO 60602
TELEPHONE
(312) 726-1692

Initial case management set for

5-10-2016

Noon

EXHIBIT A

3. That at the time and place of this occurrence, the defendant, ROBERT CASTLE, was the agent and servant of the defendant, MARTEN TRANSPORT SERVICES, LTD., and was acting within the scope and authority of said agency.

4. That it then and there became and was the duty of defendants, and each of them, before and at the time of the occurrence, to use ordinary care for the safety of the plaintiff, ROBERTO RIVERA.

5. Notwithstanding their duty as aforesaid, defendants committed one or more of the following negligent acts:

(a) Carelessly and negligently operated and drove said motor vehicle by moving said vehicle from one direction to another without first ascertaining that such movement could be made safely;

(b) Carelessly and negligently operated and drove said motor vehicle at a speed greater than is reasonable and proper within a parking lot, specifically, exiting a docking area;

(c) Carelessly and negligently operated and drove said motor vehicle by failing to properly apply the brakes;

(d) Carelessly, negligently, and improperly failed to maneuver the motor vehicle in a safe manner;

(b) Carelessly and negligently operated and drove said motor vehicle by failing to keep a proper lookout.

6. That as a direct and proximate result of one or more of the foregoing negligent acts, the defendants' motor vehicle did turn from a direct course, and as such, turned too sharply and collided and crushed with great force and violence the driver's side of the parked semi-tractor trailer that the plaintiff was in, and as a direct result thereof, the plaintiff was injured, caused to suffer pain, incurred large expenses for necessary medical and hospital care, was disabled for a certain period of time, and lost certain time and monies from his employment.

SANDMAN, LEVY
AND PETRICH, LLC
ATTORNEYS AT LAW
134 N. LA SALLE STREET
9TH FLOOR
CHICAGO 60602
TELEPHONE
(312) 726-1892

WHEREFORE, the plaintiff, ROBERTO RIVERA, prays for judgment against the defendants, ROBERT CASTLE and MARTEN TRANSPORT SERVICES, LTD., and each of them, in an amount in excess of $50,000.00, plus the costs of this lawsuit.

SANDMAN, LEVY AND PETRICH, LLC

By: _____
DAVID S. PETRICH
Attorney for Plaintiff(s)

### AFFIDAVIT OF DAMAGES

DAVID S. PETRICH, being first duly sworn on oath, deposes and states as follows:

1. That your affiant is one of the attorneys representing the plaintiff(s) in the case of RIVERA, ROBERTO V. CASTLE, ROBERT, ET AL..

2. That the money damages sought exceeds $50,000.00.

FURTHER, your affiant sayeth not.

_____
DAVID S. PETRICH

SUBSCRIBED and SWORN to before me this 15 day of February, 2016.

_____
Notary Public

OFFICIAL SEAL
MARCI R METZ
Notary Public - State of Illinois
My Commission Expires: 07/07/2019

SANDMAN, LEVY
AND PETRICH, LLC
ATTORNEYS AT LAW
134 N. LA SALLE STREET
9TH FLOOR
CHICAGO 60602
TELEPHONE
(312) 726-1692